[No. 10990–5–II.  Division Two.  December 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID WAYNE ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00109–2, Gary W. Velie, J., entered May 8, 1987. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 11176–4–II.  Division Two.  December 20, 1988.]

KARL G. HERMAN, *Appellant,* v. CHRIS HAMMER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–2–01021–3, Leonard W. Kruse, J., entered June 10, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 8986–0–III.  Division Three.  December 20, 1988.]

KENNETH LEWIS, ET AL, *Respondents,* v. CLINT HOLLAND, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–2–00320–2, Albert J. Yencopal, J., entered October 30, 1987. *Affirmed* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Munson, A.C.J., and Green, J.